**FILED**

November 20, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SIOELI TANAKI VILINGIA, ) <br> ) <br> Defendant. ) | Case No. MAG. -08-0412 DAD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Sioeli Tanaki Vilingai</u>, Case No. <u>Mag. 08-0412 DAD</u>, Charge <u>Title 21 USC §§ 841; 846</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_   Release on Personal Recognizance

    <u>X</u>   Bail Posted in the Sum of $ <u>150,000</u>

        <u>X</u>   Unsecured Appearance Bond

        \_\_   Appearance Bond with 10% Deposit

        \_\_   Appearance Bond with Surety

        \_\_   Corporate Surety Bail Bond

        <u>X</u>   (Other)   <u>With pretrial supervision and conditions of release as stated on the record.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  <u>Sacramento, CA</u>  on  <u>November 20, 2008</u>  at  <u>3:50</u>  pm .

By  *Dale A. Drozd*
Dale A. Drozd
United States Magistrate Judge